| | | | | |
|---|---|---|---|---|
| P.K., In re | 45A04–1611–JT–2584 | 06/28/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Pace v. State | 49A02–1701–CR–153 | 06/29/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| S.H., In re | 21A05–1612–JT–2793 | 06/29/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 49A04–1507–CR–928 | 06/29/2017 | BARTEAU, Sr.J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Hickman v. State | 84A01–1603–CR–551 | 06/29/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Lake v. State | 45A05–1605–PC–1137 | 06/29/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Billingsley–Smith v. State | 02A03–1612–CR–2769 | 06/29/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| George v. State | 39A01–1612–CR–2740 | 06/29/2017 | MAY, J.<br><br>BROWN, J.<br>PYLE, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs |
| Colinot v. State | 70A01–1611–CR–2754 | 06/29/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Warren v. State | 91A04–1611–CR–2607 | 06/29/2017 | BARTEAU, Sr.J.<br><br>KIRSCH, J.<br>BROWN, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs |
| Blueher v. State | 84A01–1611–CR–2673 | 06/29/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |